AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Oregon

| | | |
|---|---|---|
| United States of America<br>v.<br>Osiel Jesus Verdugo Contreras<br>*Defendant* | ) ) ) ) ) ) ) | Case No.　3:25-mj-00365 |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*　Osiel Jesus Verdugo Contreras ,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment　☐ Superseding Indictment　☐ Information　☐ Superseding Information　☑ Complaint
☐ Probation Violation Petition　☐ Supervised Release Violation Petition　☐ Violation Notice　☐ Order of the Court

This offense is briefly described as follows:

21 USC § 841(a)(1), (b)(1)(A)- Possession with intent to distribute 50 grams of methamphetamine and 500 grams or more of a mixture or substance containing a detectable amount of methamphetamine.

21 U.S.C. §§ 841(a)(1),(b)(1)(B)- Possession with intent to distribute 100 grams or more of a mixture or subtance containing a detectable amount of heroin.

Date:　12/10/2025

*Youlee Yim You*
*Issuing officer's signature*

City and state:　Portland, Oregon

Hon. Youlee Yim You, U.S. Magistrate Judge
*Printed name and title*

---

**Return**

This warrant was received on *(date)* 12/10/25 , and the person was arrested on *(date)* 12/10/25
at *(city and state)* Sherwood, OR .

Date:　12/11/25

*Arresting officer's signature*
SA Connor Crago
*Printed name and title*